# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-20702-MGC

KELSEY O'BRIEN and KATHLEEN ADVEY,
individually and on behalf of all
others similarly situated,

Plaintiffs,                                         **<u>CLASS ACTION</u>**

v.

GOVSIMPLIFIED, LLC, a Delaware
Limited Liability Company.

      Defendant.
_____/

## <u>SECOND AMENDED COMPLAINT</u>

Plaintiffs Kelsey O'Brien and Kathleen Advey ("Plaintiffs"), individually, and on behalf of all others similarly situated, by and through the undersigned counsel, hereby file this Second Amended Class Action Complaint against Defendant, GovSimplified, LLC ("GovSimplified" or "Defendant"), and allege in support thereof:

### I.  INTRODUCTION

1.  This is a class action lawsuit filed to redress injuries to Plaintiffs, along with a national class of consumers, suffered as a result of GovSimplified's practices relating to deceptive and unfair charges for otherwise free government services.

2.  At all material times hereto, GovSimplified has used its web presence and websites to charge consumers between $129 and $197 to provide government employer

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

identification numbers ("EIN" or "EINs") – a service that is available for free from the Internal Revenue Service ("IRS") through multiple user formats.

3.     The IRS website that provides consumers access to a web portal through which they can apply for and instantaneously receive a free EIN is http://www.irs.gov (http://www.irs.gov/Businesses/Small-Businesses-&-Self-Employed/Apply-for-an-Employer-Identification-Number-(EIN)-Online).

4.     GovSimplified's main website, through which consumers are duped into purchasing an EIN, is http://www.ein-gov.us.  Defendant also maintains the following additional websites which offer EIN's for sale: http://www1.ein-gov.us, http://www.taxid-gov.us, and http://www1.taxid-gov.us.

5.     Each of these website addresses is intentionally designed to create the false impression that it is a government website.  GovSimplified uses these website addresses that mimic government websites to deceive consumers into paying exorbitant prices for an otherwise free service.

6.     GovSimplified knows that EINs are available to consumers free of charge and more quickly through the IRS website and its representations to the contrary are false. Nevertheless, GovSimplified advertises extensively to draw consumers to its websites instead of the official IRS website.

7.     GovSimplified purposefully conceals and obfuscates any information that would lead a reasonable consumer to understand the truth about the product it provides.  As a result of Defendant's misconduct, consumers interested in obtaining an EIN for their business are misled by Defendant's website(s) into believing that Defendant is affiliated with the IRS and/or the United States government.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

8.     This is not the first time GovSimplified has profited by posing as a government related website in order to defraud the public by charging for services that are otherwise free. Through http://govsimplified.com, Defendant for years charged consumers to obtain, among other things, social security numbers and replacement social security cards – services that are offered for free by the Social Security Administration.  On information and belief, as the result of a government investigation, GovSimplified was fined and forced to add a bright red disclosure to the top of this website, making clear that the same service it offered was available for free from the SSA.

9.     GovSimplified also deceives consumers into paying for the otherwise free government service of obtaining an EIN by deceptively and unfairly misrepresenting that they are providing a premium service through the use of a tiered delivery fee system, even though all EINs are provided by the IRS immediately upon successful completion of an application. Despite this, GovSimplified purposefully withholds these EINs from consumers who did not pay the higher prices for "premium" delivery in order to create the false impression that their delivery features offer some value.

10.     GovSimplified collects sensitive personal information from its customers, including social security numbers, and on information and belief, does not adequately protect that information.  Additionally, Defendant submits incomplete and/or false information to the IRS in the EIN application process by, for example, submitting forms to the IRS that purport to authorize individuals to act as third party designees for consumers, although these individuals either don't exist at all, or have not been authorized by the customers to act as their designees. On information and belief, GovSimplified has never submitted an authorization form to the IRS that identifies the company as the third party designee for its customers.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

11.     Plaintiffs bring this action against Defendant alleging violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. § 501.201, *et seq.*, and for unjust enrichment.  This is a nationwide class action seeking temporary and permanent injunctive relief, monetary damages, and other statutory relief pursuant to FDUTPA.

## II.     PARTIES

12.     Plaintiff, Kelsey O'Brien, is an individual more than 18 years old, and is a citizen and resident of Illinois.

13.     Plaintiff, Kathleen Advey, is an individual more than 18 years old, and is a citizen and resident of Ohio.

14.     Defendant is a Delaware Limited Liability Company that created, maintains and undertakes the business practices at issue in Miami-Dade County.  Defendant maintains its principal place of business at 2800 Biscayne Blvd., Miami, FL 33137.

15.     Defendant's predecessor-in-interest is  GovServices, LLC ("GovServices"). GovServices was incorporated in the State of Delaware on October 20, 2010.  Shortly thereafter, GovServices launched the EIN website at http://www.ein-gov.us.  GovServices continued to operate the EIN website until GovServices merged into GovSimplified on December 30, 2014. Through the merger, GovSimplified succeeded to all assets and liabilities of GovServices.

## III.     JURISDICTION AND VENUE

16.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A) because this is an action for a sum exceeding $5,000,000, exclusive of interest and costs, and the Plaintiffs and at least one member of the Class are citizens of a state different than the Defendant.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

17.     This Court has personal jurisdiction over Defendant because it continuously and systematically engages in, and carries on business in Florida by operating its business and locating its computers and servers in Florida.  Moreover, Defendant purposefully avails itself of Florida's consumer market, and pursuant to the Terms and Conditions of Defendant's websites, any action is to be brought in a Florida court and governed by Florida law.

18.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), because Plaintiffs' causes of action derive from actions taken within this judicial district, the misrepresentations and omission and unfair acts giving rise to Plaintiffs' claims occurred here, Defendant locates its computers and servers here, and the Defendant's principal place of business is in this district.

## IV.     GENERAL ALLEGATIONS

### A.     Employee Identification Numbers.

19.     An EIN, also known as a Federal Tax Identification Number, is a nine-digit number assigned by the IRS and is used to identify business entities.  The EIN allows the IRS to track wages and other payments from a business to the business's employees and owners.  An EIN is also generally required for individuals to open a business bank account when creating or starting a new business venture.

20.     Individuals may apply for and receive an EIN from the IRS free of charge either online, by telephone, mail or facsimile.  For individuals who apply online or by phone, their EIN is available immediately following completion of their application.

21.     Individuals may apply for an EIN online from the IRS through its website located at http://www.irs.gov. This free application is faster and simpler then the process offered by Defendant.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

22.     To help individuals navigate the EIN application process, the IRS offers an online EIN assistant to walk users through the application form.

**B.     Defendant's Domain Names Attempt to Imply an Affiliation with the U.S. Government.**

23.     Defendant conducts business within the State of Florida, as well as throughout the United States.

24.     Defendant maintains various websites for consumers to obtain EINs. Consumers are lured to Defendant's websites through Defendant's advertising when they conduct a web search on how to obtain an EIN number from the IRS.

25.     Defendant utilizes deceptive domain names to deceive consumers into believing that it is affiliated with the United States government.  Specifically, Defendant's domain names use the affix "gov.us" (*e.g.*, http://www.ein-gov.us).

26.     The domain name "gov" is a sponsored top-level domain in the Domain Name System of the Internet. The name is derived from government, indicating its restricted use by government entities in the United States.  The domain name "fed.us" is also used by, and restricted for use by United States federal agencies.

27.     Defendant uses these names although Defendant is not affiliated with the IRS or United States government.

**C.     Defendant Utilizes an Inadequate Disclaimer.**

28.     GovSimplified's websites contain a purported "disclaimer" below the bottom of the webpage disassociating itself from the United States government.  The "disclaimer" is located where Defendant knows or should know a reasonable consumer is not likely to look, is in a font proportionately smaller than the rest of the webpage, and is set in a color tone that blends into the website's background.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

29.     Defendant's "disclaimer," by its location, font size, color, and wording is designed to allow Defendant to argue that there is a "disclaimer," but without the "disclaimer" actually serving its purpose of alerting consumers to the fact that they are being charged for an illusory and otherwise free service.

30.     The "disclaimer" begins with innocuous information about not providing legal, financial, or professional advice.  It then proceeds to the misleading statement that "You can file an SS4 form yourself at <u>no charge</u> with the IRS but we won't be able to assist you." (emphasis in original).

31.     A reasonable consumer does not know that an SS4 form is one of the ways that a consumer may request an EIN number.  A reasonable consumer would conclude that an SS4 is unrelated to the EIN they are seeking and that this "disclaimer" is not relevant to them.

32.     An SS4 form is not required to obtain a free EIN through the IRS website or by phone.  Defendant nowhere informs consumers that an EIN can be obtained from the IRS at no charge.

**D.     Defendant's Tiered Premium Delivery Fees.**

33.     Despite the IRS providing EINs immediately upon completion of EIN applications, Defendant charges various "delivery rates" based on how fast individuals want to receive their EIN:

a.   Defendant charges $129.00 for "Normal Delivery" in which Defendant promises EIN delivery within 3 business days.

b.   Defendant charges $147.00 for "Express Delivery," in which Defendant promises an individual's order will be processed within 1 business day; and,

7

c.  Defendant charges $197.00 for "Instant Delivery," in which Defendant promises EIN delivery within the next 60 minutes.

34.  Defendant's offer of various "delivery rates" deceives consumers into believing that Defendant is providing premium delivery services.

35.  On information and belief, when a consumer inputs their personal information into Defendant's website, Defendant's software feeds the information directly to the IRS's free website, resulting in the consumer's EIN being delivered immediately to Defendant.

36.  Consumers who pay the maximum fee of $197 for "Instant Delivery" receive the EIN less quickly than if they had input their information directly into the IRS website, but are led to believe they are paying the "Instant Delivery" charge because the EIN would otherwise not arrive for three or more business days.

37.  Consumers who pay $147 for "Express Delivery" are paying to have their otherwise free EIN number withheld from them for 1 business day.  This manufactured and unfair delay creates the illusion that paying for "Instant Delivery" or "Express Delivery" provides value.

38.  Consumers who pay $129 for "Normal Delivery" are paying to have their otherwise free and immediately available EIN number withheld from them for 3 business days. This manufactured and unfair delay creates the illusion that it "normally" takes 3 business days to obtain an EIN, and that paying the "Instant" or "Express" delivery fees provide premium value.

39.  Defendant's pricing scheme misleads consumers into believing that EINs normally take at least 3 business days to obtain.  In fact, EINs are available immediately and for free upon completion of the application for an EIN through the IRS website or by telephone.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

40.     Defendant deceives and misleads reasonable consumers into believing that its website is faster than completing the EIN application through the IRS, when that is not in fact the case.

**E.      Defendant Collects Sensitive Information without Proper Security Measures in Place.**

41.     Defendant collects consumers' highly-private personal information, including their social security numbers, as part of their application process.  Defendant also accepts credit cards for purchase on the internet.  Additionally, Defendant maintains the customer's EIN, which is the functional equivalent of a business's social security number.

42.     On information and belief, Defendant does not have appropriate security measures in place to safeguard the social security numbers it collects from consumers, nor does it properly verify or protect the credit card information it obtains, or the very EINs it obtains.

**E.      Defendant Submits Incomplete and/or False Information to the IRS.**

43.     On information and belief, GovSimplified also submits incomplete and/or false information to the IRS in order to obtain EINs from the IRS.    On information and belief, GovSimplified does not identify its company name when submitting a third party authorization form to the IRS, and it uses names of unidentified and even nonexistent individuals in the documentation provided to the IRS.

44.     GovSimplified has also failed to obtain signed authorization forms from its customers, as required by the IRS.  Not only does GovSimplified submit false or, at best, incomplete and misleading information to the IRS, but its failure to obtain original signature authority for acting as a third party designee also indicates its true intent is to deceive consumers.

**G.      Defendant's Practices have Deceived Other Reasonable Consumers.**

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

45.     Defendant's deceptive and misleading representations and omissions have deceived Plaintiffs, and are likely to deceive and have deceived other reasonable consumers.

46.     A sample from two of several consumer complaint websites containing consumer complaints about GovSimplified demonstrate that reasonable consumers are deceived by Defendant's websites.  Those websites are identified below.

47.     The first website, run by the better business bureau, can be located at http://www.bbb.org/south-east-florida/business-reviews/taxes-consultants-and-representatives/ein-service-in-miami-fl-90105893/complaints.     As of March 20, 2015 it contained the following excerpts taken from complaints posted on the website.  These complaints are provided in their entirety as attached Exhibit A.

> a.  Complaint submitted July 29, 2014: With a web address ending in "taxid-gov.us" I thought I was dealing with the US government. I was not. At the very bottom of the home page, in small letters, they admit that they are not affiliated with the government. I consider that a purposeful ruse.

> b.  Complaint submitted November 13, 2014: This company misrepresents itself as an official government agency and I paid $197 for a federal tax ID number which is not required by the government.

> c.  Complaint submitted December 18, 2014: Here a scam website using a URL that tricks people who order tax EIN. This company hides their business behind www.ein-gov.us/ and they don't have a correct address. I thought I was dealing with the US government. I was not.

48.     In addition, www.sitejabber.com provides another venue for customers to post comments regarding their experiences with businesses.  Additional complaints regarding

LEÓN COSGROVE, LLC

255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

GovSimpified are posted here.    A sample of complaints, taken from http://www.sitejabber.com/reviews/www.irs-ein-application.com, last visited March 22, 2015, are listed below.  See Exhibit B for complete copies of these complaints, as well as additional complaints not listed here.

> a.   Posted March 16, 2015: Appears to be an IRS website-is not.
>
> b.   Posted February 11, 2015: …they make their site appear to be the government when it is not. This is a total con job.
>
> c.   Posted February 5, 2015: This company is guilty of misleading business practices. I don't know why they are allowed to continue in business. Their URL reads IRS so you believe it's legitimately a government site.
>
> d.   Posted August 20, 2014: I, too, thought it was an official site. The web address looks legit. I even double checked when it asked for payment.

**H.      Defendant Was Forced to Alter Other Misleading Websites**

49.      Defendant has a history of preying on consumers who use the internet to seek government services.   In addition to its EIN websites, GovSimplified also advertises and operates websites to provide consumers with Social Security Numbers ("SSN") and replacement Social Security cards that are otherwise available free of charge.

50.      On information and belief, GovSimplified operated this website for years before it was forced to provide full and proper disclosure to consumers.

51.      Currently, these SSN websites contain prominent disclosures in red letters informing consumers that it is not affiliated with or endorsed by the Social Security Administration, and that the Social Security Administration provides forms and assistance free of charge.  (*See* Figure 2 below).

LEÓN COSGROVE, LLC

255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

52.     On information and belief, the SSA or another government enforcement entity fined GovSimplified for its deceptive practices in luring consumers to pay a significant fee for a government service otherwise available for free.

53.     On information and belief, prominent disclosures in red letters were also placed on the website because the Social Security Administration or other government agency demanded it.

54.     The official Social Security Administration website warns visitors that "Some businesses offer Social Security name changes or cards for a fee.  Social Security provides those services and more for free.   Do not pay for something we will give you free."   *See* www.ssa.gov/ssnumber, last visited March 18, 2015.  This statement applies with equal force to Defendant's practices with respect to the sale of otherwise free EINs.

55.     The comparison below of one of Defendant's EIN websites that is the subject of this action (Figure 1), with one of Defendant's SSN websites (Figure 2), demonstrates that Defendant knows how to include disclosures that a reasonable consumer is likely to see and understand:

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

*Figure 1*



*Figure 2*



LEÓN COSGROVE, LLC

255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

56.     The SSA website above states in bright red lettering at the top of the page that the SSA provides free social security forms and further states that the website is not affiliated with or endorsed by the SSA.   The statement that the SSA provides free social security forms and assistance is repeated in the same bright red lettering near the center of the page. These red-letter disclosures are present even though the website contains a similar statement on the bottom of the page in light gray font.

57.     By contrast, the EIN websites have no disclosure on the top of the page.  On the current version of the EIN website depicted above, in small gray font at the bottom of the page is a statement indicating that the website is not affiliated with the IRS.  This statement at the footer of the page resembles the statement on the bottom of the SSA website, which the SSA apparently believed was insufficient to prevent consumers from being defrauded.

58.     On information and belief, the EIN websites at issue here did not contain the above-mentioned statement on the footer of the first page at all times from each website's inception to the present, including the time that Plaintiff purchased from Defendant.

59.     In addition, on the Defendant's mobile websites, none of the websites at issue contain any visible statement or so-called "disclosure" that the website is not affiliated with the IRS on the first page; a consumer would be required to scroll down to see any such statement.

## V.     FACTS SPECIFIC TO PLAINTIFFS

### A.  Kelsey O'Brien

60.     Mr. O'Brien applied and paid for an EIN from one of GovSimplified's websites (www.ein-gov.us) on November 18, 2014, for his new LLC.  Because of Defendant's misleading URL and website content, Mr. O'Brien believed that he was obtaining an EIN from the IRS.  He paid $129 to Defendant for the regular delivery service.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

61.     Mr. O'Brien received an email from Defendant on November 19, 2014.  This email provided a link for him to access his EIN.  Attached to the email with the link was a copy of a form SS4 that Mr. O'Brien had not previously been provided and which he had not authorized.

62.     The form identified "Kay Logan" as a third party designee to the IRS on his behalf.  Mr. O'Brien had not heard of Kay Logan before seeing this form, had not been asked to sign and did not sign the form, and had not authorized this individual or any other to obtain an EIN on his behalf.

**B.     Kathleen Advey**

63.     Ms. Advey applied and paid for an EIN from one of the websites (www.ein-gov.us) on August 25, 2015, for an LLC. Because of Defendant's misleading URL and website content, Ms. Advey believed that she was obtaining an EIN from the IRS. She paid $149 to GovSimplified for the express delivery service.

64.     Having just had to pay for a state license for the same business, and believing she was on the IRS's official website, Ms. Advey did not question the charge for the otherwise free product.

65.     Ms. Advey received an email from GovSimplified the same day. This email provided a link for her to access her EIN.

66.     The form identified "Quantecia Davis" as a third party designee to the IRS on her behalf. Ms. Advey had not heard of Quantecia Davis before seeing this form, had not been asked to sign and did not sign the form, and had not authorized this individual or any other to obtain an EIN on her behalf.

**VI.     CLASS REPRESENTATION ALLEGATIONS**

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

67.     Plaintiffs bring this Complaint as a class action pursuant to Federal Rule of Civil Procedure 23.

**Class Definition**

68.     Plaintiffs seek to represent the following Class: All persons in the United States who purchased EIN(s) through Defendant's website(s), at any time from January 20, 2011, through the present.

69.     The members of the Class number in the thousands and joinder of all such persons in a single action is impractical and the disposition of their claims in a class action is a benefit to the parties and to the Court.

70.     This class action is brought pursuant to Rule 23(b)(2) because GovSimplified has acted or refused to act on grounds generally applicable to all members of the Class, thereby making final injunctive relief or declaratory relief concerning the Class appropriate.

71.     This class action is also brought pursuant to Rule 23(b)(3) because the questions of law or fact common to Plaintiffs' claims and the Class members' claims predominate over any question of law or fact affecting only individual Class members.

72.     GovSimplified has subjected Plaintiffs and members of the Class to the same unfair, unlawful and deceptive practices and harmed them in the same manner.  The conduct described above is GovSimplified's standard business practice.

**A.     Numerosity**

73.     The Class is so numerous that joinder of all members in a single action is impracticable.  GovSimplified's website is available nationwide.

74.     Thousands of consumers have paid in excess of $100 dollars for otherwise free EIN numbers since January 2011.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

75.     While the thousands of purchases is an estimate, the exact number of Class members can be identified from GovSimplified's business records.

**B.      Commonality/Predominance**

76.     Common questions of law and fact exist as to Plaintiffs and the Class.  These common questions predominate over any questions solely affecting individual Class members, including but not limited to, the following:

   a.  Whether Defendant engaged in a deceptive and unfair business practice by deceiving the Class into believing that Defendant is affiliated with the United States government;

   b.  Whether Defendant engaged in a deceptive and unfair business practice by deceiving the Class that it is providing a premium service by charging for delivery of an EIN at "Instant" "Expedited" and "Normal" rates of $179, $149, and $129 respectively, where an EIN can be obtained for free and immediately upon completing the application through the United States government website;

   c.  Whether Defendant unlawfully enriched itself at the expense of Plaintiffs and the Class; and

   d.  Whether and to what extend Defendant's conduct injured the Plaintiffs and the Class members.

**D.      Typicality**

77.     The claims of the named Plaintiffs are typical of those of the Class because the Plaintiffs and members of the Class were harmed by the same deceptive website and sustained the same damages by paying Defendant's exorbitant rates for a service and product that can be obtained for free through the United States government website.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

### E.      Adequacy

78.      Plaintiffs will fairly and adequately represent and protect the interests of the members of the Class because Plaintiffs' interests are fully aligned with the interests of the class members.

79.      Plaintiffs are fully cognizant of their responsibilities as Class representatives and have retained Martinez Law Group P.C., León Cosgrove, LLC, and Hernandez Lee Martinez, LLC, to prosecute this case.   These firms are competent and experienced in class action litigation, and have financial and legal resources to meet the cost of, and understand the legal issues associated with, this type of litigation.

80.      Class action treatment is superior to the alternatives, if any, for the fair and efficient adjudication of the controversy alleged herein, because such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum, efficiently and without the unnecessary duplication of evidence, effort and expense that numerous individual actions would require.

### F.      The Prerequisites of Rule 23(b)(2) are Satisfied

81.      The prerequisites to maintaining a class action for equitable relief pursuant to Fed. R. Civ. P. 23(b)(2) exist as GovSimplified has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

82.      GovSimplified's actions are generally applicable to the Class as a whole, and Plaintiffs seek, among other things, equitable remedies with respect to the Class.

### G.      The Prerequisites of Rule 23(b)(3) are Satisfied

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

83.     The questions of law and fact enumerated above predominate over questions affecting only individual members of the Class, and a class action is the superior method for fair and efficient adjudication of the controversy.

84.     The likelihood that individual members of the Class will prosecute separate actions, and their interest in so doing, is small due to the extensive time and considerable expense necessary to conduct such litigation, and the amount of damages for each Class member.

85.     This action will be prosecuted in a fashion to ensure the Court's able management of this case as a class action on behalf of the Class.  Plaintiffs know of no difficulty likely to be encountered in the management of this action that would preclude its maintenance as a class action.

### FIRST CLAIM FOR RELIEF
**(Violation of the Florida Deceptive and Unfair Trade
Practices Act, Fla. Stat. § 501.201, *et seq.*)**

86.     Plaintiffs incorporate by reference the allegations pled in paragraphs 1-86 of this Second Amended Complaint.

87.     This count is brought pursuant to FDUTPA.

88.     By the acts described above and herein, Defendant has engaged in unfair, deceptive and unconscionable acts or practices in violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, et seq.

89.     The express purpose of FDUTPA is to "protect the consuming public . . . from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce."  Fla. Stat. § 501.202(2).

90.     Fla. Stat. § 501.204(1) declares as unlawful "unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

91.     The product sold by Defendant at issue in this case was a "consumer transaction" within the scope of FDUTPA.

92.     Plaintiffs and all Class Members were consumers as defined by Fla. Stat. § 501.203.

93.     The product sold by Defendant is within the meaning of FDUTPA and Defendant is engaged in trade or commerce within the meaning of FDUTPA.

**A.     Defendant's Deceptive and Misleading Websites are Likely to Deceive Reasonable Consumers.**

94.     Plaintiffs and the other Class members were harmed by Defendant's misleading and deceptive websites.

95.     Plaintiffs and the other Class members were among the intended recipients of Defendant's deceptive representations and omissions.

96.     Defendant's websites were designed with the intent to induce Plaintiffs and the other Class members into purchasing Defendant's product by deceiving them into believing that Defendant is affiliated with the United States government.

97.     Specifically, Defendant deceives, tricks, and/or misleads consumers into believing Defendant is affiliated with the United States government by using a domain name (e.g., "ein-gov.us") substantially similar to the domain names restricted to the United States government (e.g., ".gov" and ".fed.us").

98.     Defendant also deceives, tricks, and/or misleads consumers into believing that there is value in paying its premium delivery rates when in fact an EIN can be obtained immediately and free of charge from the IRS.

99.     Defendant's websites were designed with the intent to induce Plaintiffs and the other Class members into purchasing Defendant's product by deceiving them into believing

LEÓN COSGROVE, LLC

255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

Defendant provides a premium service by providing an EIN at the advertised "Normal," "Express," and "Instant" delivery rates.

100.    Defendant's representations and omissions are material in that a reasonable person would attach importance to such information and would be induced to act upon such information in making purchase decisions.

101.    Reasonable consumers rely on Defendant to honestly represent the true nature of its product.

102.    Defendant's unfair and deceptive practices are likely to deceive, trick, or mislead – and have deceived, tricked and misled – reasonable consumers, such as Plaintiffs and members of the Class.

103.    Defendant has violated FDUTPA by engaging in the unfair and deceptive practices described above, which offend public policies and are immoral, unethical, unscrupulous and substantially injurious to consumers.

### B.    Plaintiffs' Causation and Damages

104.    The materiality of Defendant's misleading and deceptive representations and omissions establishes causation between Defendant's conduct and the injuries sustained by Plaintiffs and the Class.

105.    Upon information and belief, in making the misleading, and deceptive representations and omissions, Defendant knew and intended that consumers would pay a price premium for its product if consumers believed the service was affiliated with the United States government.

106.    Upon information and belief, in making the misleading, and deceptive representations and omissions, Defendant knew and intended that consumers would pay a price

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

premium for its product if consumers believed Defendant's website is faster than obtaining an EIN through the United States government website.

107.    As an immediate, direct, and proximate result of Defendant's misleading and deceptive representations and omissions, Defendant injured Plaintiffs and the other Class members in that Plaintiffs and other Class members paid a sum of money for a product that was not as represented.

108.    Had Defendant not made the misleading, and deceptive representations and omissions, Plaintiffs and the other Class members would not have been economically injured because Plaintiffs and the other Class members would not have purchased Defendant's product.

109.    Accordingly, Plaintiffs and the other Class members have suffered injury in fact and lost money or property as a result of Defendant's wrongful conduct.

110.    Plaintiffs and Class Members have been aggrieved by Defendant's unfair and deceptive practices in violation of FDUTPA, in that they purchased EINs from Defendant which are otherwise available immediately and free of charge from the IRS.

111.    Plaintiffs and the other Class members purchased or paid more for an EIN than they would have done had they known the truth about the Defendant's product.

112.    In November 2014, Plaintiff O'Brien purchased an EIN through one of Defendant's websites.

113.    In August 2015, Plaintiff Advey purchased an EIN through one of Defendant's websites.

114.    Plaintiffs were led to believe that Defendant was affiliated with the United States government and they were required to go through Defendant to obtain an EIN.

LEÓN COSGROVE, LLC

255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

115.    Subsequent to purchasing an EIN from Defendant, Plaintiffs discovered that EINs are available through the IRS website at no charge and are obtainable immediately upon completion of the IRS's online application.

116.    Plaintiffs and members of the Class paid a price premium to Defendant because they were led to believe they were required to go through Defendant to obtain an EIN.

117.    Plaintiffs and members of the Class would not have purchased the Products had they known that EINs were available immediately and at no charge from the IRS.

118.    As a result, Plaintiffs and members of the Class have suffered actual economic damages as a result of purchasing an EIN through Defendant.

119.    Plaintiffs and the Class seek damages equal to the aggregate purchase price paid for the service during the Class Period, and injunctive relief described below.

120.    Pursuant to Fla. Stat. §§ 501.211(2) and 501.2105, Plaintiffs and the Class make claims for damages, attorney's fees, and costs.  The damages suffered by Plaintiffs and the Class were directly and proximately caused by the deceptive, misleading, and unfair practices of Defendant.

121.    Pursuant to Fla. Stat. § 501.211(1), Plaintiffs and the Class seek injunctive relief for, *inter alia*, the Court to enjoin Defendant's above-described wrongful acts and practices, and for restitution and disgorgement.

122.    Plaintiffs and the Class seek all available remedies, damages, and awards as a result of Defendant's violations of FDUTPA.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

123.    Plaintiffs incorporate by reference the allegations pled in paragraphs 1-122 of this Second Amended Complaint.

LEÓN COSGROVE, LLC
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM

124.     This is a count for unjust enrichment.

125.     Plaintiffs and each member of the Class conferred a benefit on Defendant through payment of delivery charges to Defendant, allowing Defendant to enrich itself to the detriment of the Class.

126.     Defendant appreciated, accepted, and retained this benefit, as it earned profit by virtue of its deceptive business practice.

127.     Under the circumstances, it would be unjust and inequitable to allow the Defendant to retain this benefit, as it was obtained through deceptive and unfair representations and omissions.

128.     Plaintiffs and the Class suffered damages as a result of Defendant's unjust enrichment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually, and on behalf of all others similarly situated, prays for relief pursuant to each cause of action set forth in this Complaint as follows:

1.     For an order certifying that the action may be maintained as a class action, certifying Plaintiffs as representatives of the Class, and designating Plaintiffs' attorneys Class counsel;

2.     For an award of equitable relief for all causes of action as follows:

(a)     Enjoining Defendant from continuing to engage, use, or employ any unfair and/or deceptive business acts or practices related to the design, testing, manufacture, assembly, development, marketing, advertising, or sale of EINs in such manner as set forth in detail above;

(b)        Requiring Defendant to make full restitution of all monies wrongfully obtained as a result of the conduct described in this Complaint;

(c)        Restoring all monies that may have been acquired by Defendant as a result of such unfair and/or deceptive act or practices; and

(d)        Requiring Defendant to disgorge all ill-gotten gains flowing from the conduct described herein.

3.        For actual damages in an amount to be determined at trial for all causes of action;

4.        For an award of attorney's fees and costs;

5.        For any other relief the Court might deem just, appropriate, or proper; and

6.        For an award of pre-and post-judgment interest on any amounts awarded.

**JURY DEMAND**: Plaintiffs demand a jury on all issues which can be heard by a jury.

Respectfully submitted this 11th day of March, 2016.

*s/ Andrew B. Boese*
Andrew B. Boese
 Florida Bar No. 0824771
LEÓN COSGROVE, LLC
255 Alhambra Circle, Suite 424
Coral Gables, FL  33134
Tel:    305.740.1975
Fax:   305.437.8157
Email:  aboese@leoncosgrove.com
Email:  asabater@leoncosgrove.com

and

Jana Eisinger, Esq. (*pro hac vice* motion to be submitted)
MARTINEZ LAW GROUP, P.C.
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
Tel: 303.597.4012

Fax: 303.597.4001
Email: eisinger@mlgrouppc.com


and

Eric A. Hernandez
Florida Bar No. 340730
Hernandez Lee Martinez, LLC
255 Aragon Avenue, Suite 300
Coral Gables, Florida 33134
Tel : 305.842.2101
Fax : 305.842.2105
Email : eric@hlmlegal.com

ATTORNEYS FOR PLAINTIFFS AND
ALL OTHER INDIVIDUALS SIMILARLY
SITUATED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2016, a true copy of this document was served by CM/ECF, which will send notice of electronic filing to all counsel of record, and was sent by electronic mail to Rachel Sullivan, Esq., rs@kttlaw.com, KOZYAK TROPIN AND THROCKMORTON, LLP, 2525 Ponce de Leon Blvd., 9th Floor, Miami, Florida 33134.

*/s/ Andrew B. Boese*
Andrew B. Boese

# EXHIBIT A

Case 1:15-cv-20782-MGC   Document 43-2   Entered on FLSD Docket 08/11/2016   Page 29 of 36

07/29/2014

Problems with Product / Service | Read Complaint Details

**Complaint**
With a web address ending in "taxid-gov.us" I thought I was dealing with the US government. I was not. At the very bottom of the home page, in small letters, they admit that they are not affiliated with the government. I consider that a purposeful ruse.
Order_Number: XXXXXXXXXXXX

**Desired Settlement**
As above, I want my money back and they should announce they are not with the US government in large letters at the top of the site.

**Business Response**
This complaint is a complete fraud. this newly formed company does not even have a website as referred to in this notice. No website will ever be creatred for this company. Please refrain from all future contact.

**Consumer Response**
(The consumer indicated he/she DID NOT accept the response from the business.)
Interesting response from the business in question. Govsimplified does have a website and though EIN does not, that is the same company I contacted.

Their emotional reaction shows my complaint hit a nerve. That was not my goal. After this amount of time, I don't expect a refund. But I do notice that now the website clearly shows that they are not connected to the IRS and that he IRS does the same service for free.

That was a secondary goal and so I'm as satisfied as I can be short of them closing the business down.

Again I thank the BBB for their continuing and thorough efforts. Good job, guys.

- ****

| 11/13/2014 | Advertising / Sales Issues \| Read Complaint Details |
|---|---|

**Complaint**
This company misrepresents itself as an official government agency. I would like a full refund instead of the partial refund received.
This company misrepresents itself as a government agency and I paid $197 for a federal tax ID number which is not required by the government.
Copy of email from company below:
YOUR ORDER

Your order has begun processing!
Payment accepted
Date of Order
09/29/14
Client ID
XXXXXXXXXXXX

Service
Price
Instant Delivery $197
TOTAL: $197
Please take note that the transaction will show up as "GovSimplified" on your credit card, or debit card bank statement.

We thank you for your business !
Sincerely,

GovSimplified

******** Service:
XXX-XXX-XXXX

Monday to Friday - 9:00AM to 7:00PM EST

I did receive a refund of $88 but feel I am entitled to the full $197. I am a retired teaching and opening a new business and do not have the extra funds to waste on companies that prey on honest, tax-paying citizens.

**Desired Settlement**
I have received $88 of the $197 paid for the Federal Tax ID number but would like the additional $109 deposited back in my account. This company obviously knows that its business practices are unethical if they offer partial refunds on their website.

12/18/2014

Problems with Product / Service | Read Complaint Details

**Complaint**
Failed to issue promised refund. Fake refund transaction document was sent to fool me.
Here a scam website using a URL thats tricks people who orders tax EIN.

This company hides their business behind www.ein-gov.us/ and they don't have a correct address.

I thought I was dealing with the US government. I was not. They fool customers by showing a website that looks as IRS Gov. At the very bottom of the home page, in small letters, they admit that they are not affiliated with the government. I realized too late my mistake. I called then right the way and asked them to refund me 100%. They agreed and send me refund confirmation email stating refund will be received within 3-4 business days.

After 3-4 days, no refund ($199) was issued. I called them and they replied the refund did not go through. i requested the refund to be issued again. They agreed and sent me another confirmation refund email with a "fake" confirmation pdf document stating the refund transaction was approved. SCAM!

I called my bank and they replied NO refund transaction was received from this company. Therefore, my bank recommended to file a complaint.

I believe this "EIN service" company (http://www.ein-gov.us/) is doing on purpose to NOT refund customers hoping the customers to give up.

This company is a FRAUD. They don't have real address. Only Support can be called at this number XXX-XXX-XXXX . I believe people behind this support are just FAKE,

**Desired Settlement**
I want my money back!! $199 refund issued ASAP. (Client ID XXXXXXXXXXXX)

This site is a FRAUD. How many people got tricked??? same complaint was filed on BBB http://www.bbb.org/south-east-florida/business-reviews/taxes-consultants-and-representatives/ein-service-in-miami-fl-XXXXXXXX/complaints

this has to stop!

I will do whatever it takes to get my money back!

Case 1:15-cv-20702-MGC Document 43-2 Entered on FLSD Docket 08/11/2016 Page 2 of 5

# EXHIBIT B

Case 1:15-cv-20702-MGC   Document 43-2   Entered on FLSD Docket 08/11/2016   Page 3 of 5

### *"Not a valid site to obtain EIN"*

 3/16/15

Paid $147 and never heard from anyone again. Appears to be an IRS website-is not. Do not proceed with application.

**Tip for consumers:** Do not use this site. Paid in full and did not obtain EIN. Now reading other consumer ratings and found out others had the same experience.

| | | | |
|---|---|---|---|
| ⭐☆☆☆☆ | Service | ⭐☆☆☆☆ | Returns |
| ⭐☆☆☆☆ | Value | ⭐☆☆☆☆ | Quality |
| ⭐☆☆☆☆ | Shipping | | |

Ask Liisa about IRS-EIN-Application

Was this review helpful? Yes                    Respond as company

---

### *"Came very close to being scammed, because they make..."*

 2/11/15

Came very close to being scammed, because they make their site appear to be the government when it is not. This is a total con job. You can get a EIN for free INSTANTLY. There is NO REASON TO PAY A CENT TO ANYONE. - go to the irs.gov site to do this.

https://sa.www4.irs.gov/modiein/individual/index.jsp

Ask Donny about IRS-EIN-Application

Was this review helpful?                     Respond as company

---

### *"This company is guilty of misleading business practices"*

 2/5/15

This company is guilty of misleading business practices. I don't know why they are allowed to continue in business. Their URL reads IRS so you believe it's legitimately a government site. Why hasn't the attorney general's office filed charges?

Ask vivian about IRS-EIN-Application

Was this review helpful? Yes                    Respond as company

## *"I thought it was the IRS web site too"*

 *12/4/14*

I thought it was the IRS web site too. I called my credit card company 10 minutes later and I could not stop payment. I called them and I could tell by the tone of their voice this was not the first time they had mad callers. All they say is read the web site. We will not give you your money back. I was charged $249 for a number that is free from the IRS. I am not going to use it and see if I can get the IRS to do something. What kind of people have to rob people over the internet under the pretension of being the government?

**Tip for consumers:** DO NOT USE IT IS A SCAM!!!!!!!



Ask ED about IRS-EIN-Application

Was this review helpful? Yes ‹ 1 ›                    Respond as company

## *"I wish I had seen these reviews"*

 *8/20/14*

I wish I had seen these reviews. I, too, thought it was an official site. The web address looks legit. I even double checked when it asked for payment. (Been a long time since I applied for an EIN. I didn't remember paying anything.) Bad enough that I've paid them, but they've got my credit card info AND my SSN. It's actually really scary.

**Tip for consumers:** BEWARE



Ask Vicki about IRS-EIN-Application

Was this review helpful? Yes ‹ 11 ›                    Respond as company

### *"They made themselves look like a government site and..."*

 7/18/14

They made themselves look like a government site and I filled out the info for the EIN. Then they charged my credit card $247. I though this was odd, but give them my info. cause I was in a hurry. I got the EIN the next day and found out later that it should have been free. Boy, did I get hosed.

Ask David about IRS-EIN-Application

Was this review helpful?  Yes ‹ 3                    Respond as company

---

### *"After saying I would be charged $97.00 I got charged..."*

 1/10/14

After saying I would be charged $97.00 I got charged $197 for an ein number. I called the IRS and they said it should have been free. I called this company multiple times and emailed them with no answer.

Ask karina about IRS-EIN-Application

Was this review helpful?  Yes ‹ 13                   Respond as company

---

### *"I'd give them 0 stars if I could"*

 7/22/13

I'd give them 0 stars if I could. I hate them. They make it loook like they're gov., but they aren't. They don't have an autofill option, so you take your time filling in the information. Then they hit you at the end with 150.00 payment owed. I hope the person that started the site gets cancer this year, because they lead you on. They odon't want to tell you that they will charge until you've already applied.

Ask Jason about IRS-EIN-Application

*"new URLs (some older) they have made since the old..."*

 6/16/12

new URLs (some older) they have made since the old ones like irs-ein-application
received dozens of scam reports
https://www.incorporatesuccess.com/
GovServices Corp. 2011
http://tax-gov.com/
https://www.us-tax-id-number.com/
http://www.taxid-gov.us
https://www.federal-ein-application.com

I love how on adsense, they actually allow this to keep happening. You go to these
review sites which use adsense and read about scams committed by companies whom
old ads and new ads are still dominately being displayed , probably because they are
the highest bidder. My uncle was ripped off more than $150 from the original url, and
they never refunded his money.

Ask jill about IRS-EIN-Application

Was this review helpful?  3        Respond as company

*"They took my ss number and creidt card info and I never..."*

 8/5/11

They took my ss number and creidt card info and I never heard anything back even
though they said they would in a few minutes.
I didnt realize it wasnt the IRS, where you can get the inof for free in a few seconds.
Does anyone know if they are a complete fraud?

Ask J about IRS-EIN-Application

Was this review helpful?  5        Respond as company